| DOCUMENTS UNDER SEAL ☐ | | DOCUMENT NUMBER: | | | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Corinne Lew | | REPORTER/FTR FTR: 11:13 - 11:55, 12:08 - 1:11 | | |
| MAGISTRATE JUDGE Patricia V. Trumbull | DATE 8/6/07 | | NEW CASE ☐ | CASE NUMBER CR 07-70449 RS | |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT Ronald Cruickshank | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Jay Rorty | | PD. ☒  RET. ☐ APPT. ☐ |
| U.S. ATTORNEY T. O'Connell | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER J. Carranza | | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | | ☐ PARTIAL PAYMENT OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD  TYPE NH IN TIME FIELD) | | | | | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR  time | ☐ PRELIM HRG  time | ☐ MOTION  time | ☐ JUGM'T & SENTG  time | ☐ STATUS  time | |
| ☐ I.D. COUNSEL  time | ☐ ARRAIGNMENT  time | ☐ BOND SIGNING  time | ☐ IA REV PROB. or S/R  time | ☐ BAIL REVIEW  time | |
| ☒ DETENTION HRG  time 1 hour 41 min. | ☐ ID/REMOVALHRG  time | ☐ CHANGE PLEA  time | ☐ PROB. REVOC.  time | ☐ SUP REL HRG  time | |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $ SEE BELOW | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: 8/7/07 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☐ STATUS/TRIALSET |
| AT: 11:00 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON. Richard Seeborg | ☐ DETENTION HEARING | ARRAIGN- MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☒ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|
| THE COURT ISSUED PROPERTY BOND IN THE AMOUNT OF $100,000 UNSECURED AND SECURED BY PROPERTY WORTH $30,000 TO $45,000 POSTED BY JAMES AND ROSALYN HUFFMAN.  DEFENDANT IS TO REMAIN IN CUSTODY UNTIL PROPERTY IS POSTED BY THE HUFFMAN'S.  cc: MPB |