AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ ~~FILED~~ DISTRICT OF _____ CALIFORNIA _____

UNITED STATES OF AMERICA

**FILED**

AUG - 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

V.

Ronald Cruickshank

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE        07 70449 RS

CHARGING DISTRICTS
CASE NUMBER:        5-07-CR-177-1 FL

I understand that charges are pending in ___Eastern___ District of ___North Carolina___

alleging violation of ___26 USC 7201, 18 USC § 2___ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(①)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(②)     an identity hearing to determine whether I am the person named in the charges;

~~(3)~~     a preliminary hearing (unless an indictment has been returned or information filed) to
determine whether there is probable cause to believe an offense has been committed by me,
the hearing to be held in this district or the district of prosecution; and

(4)         Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in
order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✕ )  identity hearing

(   )  preliminary hearing

(   )  identity hearing but request a preliminary hearing be held in the prosecuting district and,
therefore, consent to the issuance of an order requiring my appearance in the prosecuting
district where the charges are pending against me.

_____
**Defendant**

_____ 8/7/07 _____        _____
**Date**                                **Defense Counsel**