CR-07-70449-RS

TO: DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE
C/O RAJENDER J. WEST, SPECIAL AGENT
6635 Executive Circle
Suite 180
Charlotte, NC 28212
(704) 566-5205 (office)
(704) 566-5399 (Fax)
Email: Rajender.west @ci.irs.gov

FILED
AUG 6 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CARDELS 800-783-0399
GOVERNMENT EXHIBIT
1

Subject: Formal Demand for Grant of Immunity

Sir:

I, Ronald M.D., Cruickshank, on 26 January, 2005, do hereby at this time make this formal demand for grant of immunity from any or all of the herein following:

a. DEPARTMENT OF THE TREASURY
b. DEPARTMENT OF THE TREASURY OF PUERTO RICO
c. INTERNAL REVENUE SERVICE
d. TRUST FUND #62 (Internal Revenue)
e. U.S. Customs
f. DEPARTMENT OF HOMELAND SECURITY
g. BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS
h. UNITED STATES OF AMERICA
i. UNITED STATES
j. UNITED STATES ATTORNEY GENERAL
k. IMF
l. FEDERAL RESERVE

I make this demand for grant of immunity on the grounds that on 22nd November, 2004, at a 2039 Summons Hearing in Charlotte, North Carolina, before Department of the Treasury, Internal Revenue Service, Special Agents Timothy Reilly and Rajender J. West, I was given what was called a "Miranda Warning" by Special Agent Timothy West, wherein he stated that I was under criminal investigation and that whatever I stated to either Special Agent West or himself could and would be used against me in a Federal court in the event I was indicted or an information was issued.

Since I am a living soul, and not a corporate fiction I have constitutional safeguards in relationship to my natural rights that I am able to invoke which protects me from being a witness against myself.

Further, my private papers are as well constitutionally protected from trespass by any government or private investigation(s) pursuant to the 4th Article Amendment because I am a living soul and not a corporate fiction.

It is felt by me at this time that any and all testimony by me related to my natural person or private documents directly or indirectly is under said constitutional protection against self incrimination pursuant to the 4th, 5th 9th and/or 10th Articles Amendments.

I have been advised that any and all testimony by me before any Federal or State Grand Jury can and will be used by said grand jury in its determination to return an Indictment against me.

I have been advised that any and all testimony by me before any Federal or State Grand Jury can and will be used in any or all criminal trial(s) to criminally convict me if the Grand Jury returns an Indictment.

I have been advised to obtain a Grant of Immunity before testifying before any administrative or criminal agency, bureau, service, and/or federal/state grand jury because of the threat of self incrimination potential now or in the future.

If this request for Grant of Immunity is denied, I am requesting from you to state in a formal letter to me, if any of the information you seek from me before a Federal or State Grand Jury can and will be used in any future indictments or criminal trial(s).

If this request for Grant of Immunity is denied, I am requesting from you to state in a formal letter to me, if any of my private documents or papers, etc. you seek from me before a Federal or State Grand Jury can and will be used in any future indictments or criminal trial(s).

I demand this Grant of Immunity issue resolved prior to any appearance before a Federal or State Grand Jury or Trial Court in order that I may testify to any and all requests for information or testimony without the threat of indictment or criminal prosecution.

Sincerely,

Ronald M.D., Cruickshank, living soul

cc: Timothy Reilly, Special Agent
310 New Bern Avenue
Suite 210
Raleigh, N.C. 27601



# Notice of Acceptance of Oath of Office

By: me, Ronald-Mervyn-Dale: Cruickshank, sovereign
[c/o 203 Brownstone Drive,
county of Iredell,
Mooresville, North Carolina 28117]

Notice for: Dennis M. Duffy d/b/a DENNIS M. DUFFY, ASSISTANT U.S. ATTORNEY
c/o 310 New Bern Avenue
Mooresville, NC 27601-1461
via: Certified Mail: "7004 0750 0002 0468 0711"

I hereby duly notice Dennis M. Duffy d/b/a DENNIS M. DUFFY, ASSISTANT U.S. ATTORNEY with my instrument entitled, "Notice of Acceptance of Oath of Office", concerning all matters and specifically the attached copy of a SUBPOENA TO TESTIFY BEFORE GRAND JURY dated 2/2/5.

**Dennis M. Duffy d/b/a DENNIS M. DUFFY, ASSISTANT U.S. ATTORNEY, I hereby and herein accept your Oath of Office as your open and binding offer of contract to form a firm and binding, private, bilateral contract between you and me in which you agree to perform all of your promises and uphold all of my rights.**

**Further, I hereby and herein claim my right to common law jurisdiction and refuse statutory jurisdiction.**

The foregoing "Notice of Acceptance of Oath of Office" is an instrument in commerce, and is made **explicitly under reserve and without recourse**. Failure to respond to this offer of contract within three business days of receipt establishes your unconditional acceptance of the foregoing, and your promise to uphold all of my rights.

Verification: I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at arm's length, on the tenth day of the second month in the year of our Lord, two thousand and five at the county of Iredell.

By: Ronald-Mervyn-Dale: Cruickshank Seal
By: me, Ronald-Mervyn-Dale: Cruickshank, sovereign

AO 110 (Rev. 12/89) Subpoena to Testify Before Grand Jury

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

ACCEPTED FOR VALUE AND RETURNED FOR CLOSURE AND DISCHARGE WITHOUT DISHONOR AND WITHOUT RECOURSE FOR ME. I HAVE NOT AND DO NOT WISH TO CONTRACT WITH YOU FOR YOU HAVE FAILED TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED FOR ME. I DEMAND THAT YOU PRODUCE THE BOND UNDERWRITING THE ACTION CLAIMED. I, ME, MYSELF AM WITHOUT THE UNITED STATES AND A CLAIM AGAINST ME CAN ONLY BE MADE BY ANOTHER SOVEREIGN. ME

TO: Ronald Cruickshank
203 Brownstone Drive
Mooresville, NC 28117

SUBPOENA TO TESTIFY BEFORE GRAND JURY

SUBPOENA FOR:

☒ PERSON ☒ DOCUMENT(S) OR OBJECT(S)

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | COURTROOM |
|---|---|
| Terry Sanford Federal Building<br>310 New Bern Avenue<br>Raleigh, N.C. | Sixth Floor |
| | DATE AND TIME<br>Mar. 2-3, 2005 at 9 a.m. |

BY Date

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

SEE ATTACHMENT FOR RECORDS TO BE FURNISHED.

PLEASE CALL NORMA HOLLAND AT 1-800-538-1564 FOR DATE AND TIME TO APPEAR.

☐ *Please see additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK | DATE |
|---|---|
| MICHAEL D. BROOKS, Acting Clerk | Feb. 2, 2005 |
| (BY) DEPUTY CLERK<br>Carol Morgan | |

This subpoena is issued on application of the United States of America

(2001R00455)
by the United States Attorney, EDNC

NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY
DENNIS M. DUFFY
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461
Telephone: 919-856-4530

50



# Notice of Acceptance of Oath of Office

By: me, Ronald-Mervyn-Dale: Cruickshank, sovereign
[c/o 203 Brownstone Drive,
county of Iredell, North Carolina]

D. Kevin Anderson d/b/a D. KEVIN ANDERSON, SPECIAL AGENT IRS
310 New Bern Avenue, Suite 210
Raleigh, NC 27601

Mark W. Everson d/b/a MARK W. EVERSON, COMMISIONER
1111 Constitution Avenue
Washington D.C. 20224

I hereby duly notice D. Kevin Anderson d/b/a D. KEVIN ANDERSON, SPECIAL AGENT IRS and Mark W. Everson d/b/a MARK W. EVERSON, COMMISIONER with my instrument entitled, "Notice of Acceptance of Oath of Office", concerning all matters and specifically for Case # 5:05-M-173 with the U.S. DISTRICT COURT EASTERN DISTRICT OF NORTH CAROLINA, WESTERN DIVISION.

D. Kevin Anderson d/b/a D. KEVIN ANDERSON, SPECIAL AGENT IRS, and Mark W. Everson d/b/a MARK W. EVERSON, COMMISIONER, I hereby and herein accept your Oath of Office as your open and binding offer of contract to form a firm and binding, private, bilateral contract between you and me in which you agree to perform all of your promises and uphold all of my rights, specifically but not limited to the Bill of Rights.

Further, I hereby and herein claim my right to common law jurisdiction and refuse statutory jurisdiction.

The foregoing "Notice of Acceptance of Oath of Office" is an instrument in commerce, and is made **explicitly under reserve and without recourse.** Failure to respond to this offer of contract within three business days of receipt establishes your unconditional acceptance of the foregoing, and your promise to uphold all of my rights.

Verification. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed, at arm's length, on the 28th day of the third month in the year of our Lord, two-thousand and five, at the county of Broward.

By: [signature] Seal
By: me, Ronald-Mervyn-Dale: Cruickshank, sovereign

AFFIDAVIT OF SERVICE
VIA FedEx SERVICE

State of Florida )
Subscribed and Affirmed )
County of Broward )

I, Carl Ratzer, a notary public, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That, at the County of Broward and the State of Florida, on the 28th day March, 2005, that on behalf of Ronald-Mervyn-Dale: Cruickshank, a living soul, the undersigned personally prepared the following documents for deposit via FedEx Service to wit:

- Document - "Notice of Acceptance of Oath of Office" (1 page)

Total of one (1) documents with total of one (1) page herewith not including this Affidavit of Service.

2. That said mail deposited and sealed for FedEx Service, respectively, as noted below, at said County and State, one (1) complete set of documents, as described in item 1 above, properly enveloped and addressed to:

D. Kevin Anderson d/b/a D. KEVIN ANDERSON, SPECIAL AGENT IRS
310 New Bern Avenue, Suite 210
Raleigh, NC 27601

FedEx 851139457315

Mark W. Everson d/b/a MARK W. EVERSON, COMMISIONER
1111 Constitution Avenue
Washington D.C. 20224

FedEx 848363952424

3. That I am at least 18 years of age;

4. That I am not related to Ronald-Mervyn-Dale: Cruicksnank, by blood, marriage, adoption, or employment, but serve as a "disinterested third party"; and further,

5. That I am in no way connected to, or involved in or with, the person and/or matter at issue in this instant action.

I now affix my signature to these affirmations.

[signature]
Notary

Notary expires 4/6/2008 Seal

CARL RATZER
Comm# DD0291503
Expires 4/6/2008
Bonded thru (800)432-4254
Florida Notary Assn., Inc




Certified Mail 7004·0750·0002·0468·0711

February 10, 2005

By: me, Ronald-Mervyn-Dale: Cruickshank, sovereign
[c/o 203 Brownstone Drive,
county of Iredell, North Carolina
Mooresville, NC 28117]

To: Dennis M. Duffy d/b/a DENNIS M. DUFFY, ASSISTANT U.S. ATTORNEY
c/o 310 New Bern Avenue
Raleigh, NC 27601-1461

Dear Dennis M. Duffy and all you are:

**I, Ronald-Mervyn-Dale: Cruickshank, a living soul, American Sovereign, <u>without the UNITED STATES</u>,** in the name of God, Amen; I accept your oath as stating, "so help me God" of your delegated and regulated authority and your declaration, but not limited to, "Under penalties of perjury".

Under God's laws there Is no naked contract between you, Dennis M. Duffy d/b/a DENNIS M. DUFFY, ASSISTANT U.S. ATTORNEY, (nor anyone working for the state of North Carolina, or the UNITED STATES FEDERAL CORPORATION or whoever else you are writing to) and me Ronald-Mervyn-Dale: Cruickshank, American Sovereign or any derivative thereof, **<u>without the UNITED STATES</u>.** Therefore now having joinder under God in a firm binding contract, I demand that you hold up your end of the contract as laid down by our Creator in His Holy Word and declared in the organic Constitution(s) and subsequent STATE and FEDERAL CORPORATE CHARTERS with all Oaths and Affirmations notwithstanding, and including any registration with the Secretary of State of North Carolina as being a Foreign Agent. Therefore you are now liable for the protection of all of my Sovereign American reserved rights in the common law and commerce which are inalienable, unalienable, and imprescriptibe rights.

Absent the above stated contract that you and I now have, **<u>I do not recognize you, do not know who you are, nor do I understand the intent of your writings, nor will I make a legal determination about what you are stating for I am without the UNITED STATES</u>.**

Absent the above stated contract that you and I now have, **I do not recognize anything you have written in your SUBPOENA TO TESTIFY BEFORE GRAND JURY dated 2/2/5, a copy attached; for you have failed to identify yourself as one with the delegated and regulatory authority over Me, an American Sovereign, nor have you issued your writings <u>under the penalties of perjury</u>.** All of my rights in common law or in commerce are reserved.

Absent the above stated contract you and I now have, I do not know who you are, I do not know your venue, I do not have your legislated or delegated authority to deal with this Sovereign, and a Criminal Complaint will be filed against you in the County Records, **<u>and a copy will be sent to the Federal Marshals of the United States of America.</u>**

I must tell you that **I do not understand what you have said in your writings,** and I do not believe anything I can not understand, especially when **you fail to state your regulatory and delegated authority** that allows you to communicate with this **American Sovereign**.

**As an American Sovereign, I did not give you permission to make legal determinations for me.** Therefore I do not believe that there is any lawful or legal significance to your writings. I do not believe that there is a lawful or legal duty to do anything you have stated in your document, whether to file some form, pay some fine, pay some tax, or give up something. Your correspondence is beyond me **as you act as one that has regulatory and delegated authority, absent**



**an Oath to charge me Ronald-Mervyn-Dale: Cruickshank, a living soul, American Sovereign as if I were Ronald Cruickshank© which is my deeded Common Law Copyright.**

**I will do whatever the law passed by Congress or the Legislature requires, as long as you agree to obey the above contract that I have placed you under, before God the Creator.**

But, first, under the above contract, **show me the law and intent that requires Me, a living soul, an American Sovereign,** to do whatever it is that you are trying to get me to do. I make this redraft of your offer of contract back to you under the law of contract and the penalty of perjury, 3 days and we have a contract, 7 days and you have defaulted, 10 days and I have a summary judgment against you and all you are confirming that you are operating outside the scope of your authority in this matter and will take the Criminal Complaint to the Federal Marshal.

**I rescind and revoke any and all signatures that you may construe as a contract, and as you are My Servant, I demand that you cease and desist in your unlawful ways.**

Dennis M. Duffy d/b/a DENNIS M. DUFFY, ASSISTANT U.S. ATTORNEY, You are Fired from any and all representation of my private affairs **without recourse**.

I have accepted the STATEMENT OF ELECTED/APPOINTED OFFICER/OATH OF Office of the Corporate State of North Carolina for Elaine Marshall, Attorney General of the State of North Carolina; Phillip H. Redmond, Sheriff of Iredell County; Carol Morgan, Deputy Clerk.

By: [signature] Seal
By: me, Ronald-Mervyn-Dale: Cruickshank, sovereign

**Authentication**

§ The United States of America, the perpetual union of sovereign states combined to form a constitutional republic
§
SS. § on the soil of North Carolina, sovereign state within the perpetual union of states
§
§ at the sovereign county of Iredell

Having witnessed the signing and sealing of the foregoing "Verified Affidavit in the Truth", I place my hand and seal hereon as an authentic act by a Public Notary on the 11th day of February, 2005.

By: [signature]
Public Notary

NORMA STEWART NOTARY PUBLIC MECKLENBURG COUNTY, NC

**Copy:** Elaine Marshall, Attorney General of the State of North Carolina; Phillip H. Redmond, Sheriff of Iredell County; Carol Morgan, Deputy Clerk

GOVERNMENT EXHIBIT 5

CARDELS 800-783-0399

AO 110 (Rev. 12/89) Subpoena to Testify Before Grand Jury

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

ACCEPTED FOR VALUE AND RETURNED FOR CLOSURE AND DISCHARGE WITHOUT DISHONOR AND WITHOUT RECOURSE FOR ME. I HAVE NOT AND DO NOT WISH TO CONTRACT WITH YOU FOR YOU HAVE FAILED TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED FOR ME. I DEMAND THAT YOU PRODUCE THE BOND UNDERWRITING THE ACTION CLAIMED. I, ME, MYSELF AM WITHOUT THE UNITED STATES AND A CLAIM AGAINST ME CAN ONLY BE MADE BY ANOTHER SOVEREIGN. ME

BY [signature] Date [signature]

TO: Ronald Cruickshank
203 Brownstone Drive
Mooresville, NC 28117

SUBPOENA TO TESTIFY BEFORE GRAND JURY

SUBPOENA FOR:
[X] PERSON [X] DOCUMENT(S) OR OBJECT(S)

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | COURTROOM |
|---|---|
| Terry Sanford Federal Building<br>310 New Bern Avenue<br>Raleigh, N.C. | Sixth Floor |
| | DATE AND TIME<br>Mar. 2-3, 2005 at 9 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

SEE ATTACHMENT FOR RECORDS TO BE FURNISHED.

PLEASE CALL NORMA HOLLAND AT 1-800-538-1564 FOR DATE AND TIME TO APPEAR.

☐ *Please see additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK | DATE |
|---|---|
| MICHAEL D. BROOKS, Acting Clerk | Feb. 2, 2005 |
| (BY) DEPUTY CLERK<br>Carol Morgan | |

This subpoena is issued on application of the United States of America

NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY
DENNIS M. DUFFY
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461
Telephone: 919-856-4530

(2001R00455)
by the United States Attorney, EDNC

50

ATTACHMENT TO GRAND JURY SUBPOENA
RONALD CRUICKSHANK
(Grand Jury Session - Raleigh, NC - March 2-3, 2005)

Introduction

For purposes of this subpoena duces tecum, the term "Relevant Parties" refers to any and all of the following:

1. Aladdin Finance Institute;
2. Richard Allen;
3. America Media Trust;
4. American Legal Research Institute;
5. Brayom E. Anderson;
6. Brayom Anderson III;
7. Minnie ("Frankie") Anderson;
8. Martin Anderson;
9. Nancy Anderson;
10. Arrowhead Enterprise;
11. Claude V. Barbee;
12. Joseph Baxter;
13. John Billingsley;
14. Samuel Brown;
15. Scott Alan Brown;
16. John Briggs;
17. Burlington Holdings International;
18. Canterbury Holdings;
19. Centennial Financial Services;
20. Claims Financial Management Company;
21. Commonwealth Trust Company;
22. Davenport Foundation;
23. Sharon Anne Edwards;
24. Euro Equity Management Company;
25. Joy Evans;
26. Charles Filiatraut;
27. Financial Management Company;
28. Debra George;
29. Timothy George;
30. Green Hills Estate Trust;
31. Leo Guiliano;
32. Hatteras Consultants;
33. Louis Headley:
34. Laszlo Horzath;
35. Innisfree Pub, LLC;
36. Kevin Logan;

ACCEPTED FOR VALUE AND RETURNED FOR CLOSURE AND DISCHARGE WITHOUT DISHONOR AND WITHOUT RECOURSE FOR ME. I HAVE NOT AND DO NOT WISH TO CONTRACT WITH YOU FOR YOU HAVE FAILED TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED FOR ME. I DEMAND THAT YOU PRODUCE THE BOND UNDERWRITING THE ACTION CLAIMED. I, ME, MYSELF AM WITHOUT THE UNITED STATES AND A CLAIM AGAINST ME CAN ONLY BE MADE BY ANOTHER SOVEREIGN. ME
BY
Date

37. Frank L. Martin;
38. Billy Lee Martin;
39. Mid-Atlantic Privatec;
40. Mid-Atlantic Properties;
41. MHR Business Group, Inc.;
42. Mobile Autonomous Services;
43. Network Management;
44. Brendon O'Neil;
45. Paxton Communications;
46. Kevin Pelletier, a/k/a Kevin Logan;
47. Peggy Pelletier, a/k/a Peggy Logan;
48. D. Phillips;
49. Privatec;
50. H. Wallace Reid;
51. Salt Springs Management;
52. Seaborne International Finance Corporation;
53. T&S Management;
54. Tie Breakers;
55. The Summit Group;
56. Townsend Investment Corporation;
57. USA Remail;
58. USA Trust Co.;
59. Joseph Worsham;
60. Monica Worsham;
61. General Foundation Fund;
62. The Optimax Group;
63. Nexis Fiduciary Foundation;
64. Nexis Foundation;
65. Commonwealth Trust Company;
66. John Michael Crim;
67. Victor Perry
68. Victor Peery;
69. Regent Trust Company;
70. Donald Bailey;
71. Robert Pelletier;
72. Richard Hawley;
73. Rosalie Wilkins;
74. J. J. Barajas; and
75. American Legal Research Institute.

ACCEPTED FOR VALUE AND RETURNED FOR CLOSURE AND DISCHARGE WITHOUT DISHONOR AND WITHOUT RECOURSE FOR ME. I HAVE NOT AND DO NOT WISH TO CONTRACT WITH YOU. YOU HAVE FAILED TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED FOR ME. I DEMAND THAT YOU PRODUCE THE BOND UNDERWRITING THE ACTION CLAIMED. I, ME, MYSELF AM WITHOUT THE UNITED STATES AND A CLAIM AGAINST ME CAN ONLY BE MADE BY ANOTHER SOVEREIGN.

ME

BY

Date

Unless otherwise specified, the time period in question is January 1, 1993, through to the present.

Records to be Furnished

ORIGINALS of the following documents (whether on paper, microfilm, computer, or other electronic medium) in your custody or subject to your control:

ACCEPTED FOR VALUE AND RETURNED FOR CLOSURE AND DISCHARGE WITHOUT DISHONOR AND WITHOUT RECOURSE FOR ME. I HAVE NOT AND DO NOT WISH TO CONTRACT WITH YOU FOR YOU HAVE FAILED TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED FOR ME. I DEMAND THAT YOU PRODUCE THE BOND UNDERWRITING THE ACTION CLAIMED. I, ME, MYSELF AM WITHOUT THE UNITED STATES AND A CLAIM AGAINST ME CAN ONLY BE MADE BY ANOTHER SOVEREIGN ME

1. All documents and/or records relating to any entity (including, without limitation, any pure trust organization and/or international business company) in which you hold (or have at any time held) a position, such as owner, director, or manager. Please include, without limitation, documents and/or records relating to the creation of such entity, liens filed in favor of such entity, liens filed against property owned by such entity, assets held by such entity, transfers of property received by you (or any member of your family) from such entity, bank accounts maintained by such entity, and any business engaged in by such entity.

2. All documents and/or records relating to any of the Relevant Parties.

3. All documents and/or records relating to any ownership interest by you in assets, including, without limitation, personal property, real property, and financial investments.

4. All documents and/or records relating to your transfer of any ownership interest in assets, including, without limitation, personal property, real property, and financial investments.

BY

Date

5. All documents and/or records relating to payments, advances of funds, loans, donations, gifts, transfers of real or personal property, and/or any other type of remuneration made, either directly or indirectly, <u>by you</u> (or an entity in which you have an ownership interest) to any of the Relevant Parties.

6. All documents and/or records relating to payments, advances of funds, loans, donations, gifts, transfers of real or personal property, and/or any other type of remuneration made, either directly or indirectly, <u>to you</u> (or an entity in which you have an ownership interest) from any of the Relevant Parties.

7. All documents and/or records relating to any events attended in the company of or during which you encountered any of the Relevant Parties or a representative of a Relevant Party.

8. Photographs, videotapes, and/or tape-recordings of any of the any of the Relevant Parties or a representative of a Relevant Party.

9. All documents and/or records relating to any business ventures and/or

investments between you and any of the any of the Relevant Parties or a representative of a Relevant Party.

10. All documents and/or records relating to credit/financial aid applications made by you and/or any member of your immediate family.

11. All documents and/or records relating to any judgments or other financial claims made against you.

12. All documents and/or records relating to any personal or business credit cards maintained and/or used by you (either directly or indirectly).

13. All documents and/or records relating to any insurance policies (including, without limitation, car, home, or life insurance) on which you are/were either a beneficiary or the person covered by such policy.

14. All documents and/or records relating to any personal or business bank accounts maintained and loans obtained by you and your immediate family (either directly or indirectly) during the period in question, including, without limitation, the type of account or loan, the balance due of such loan, and the monthly statements for such accounts.

15. All documents and/or records relating to any outstanding indebtedness in your name at any time.

16. All documents and/or records relating to income tax returns filed by you and/or any entity in which you hold an interest.

17. All documents and/or records relating to e-mail accounts maintained by you and/or any entity in which you hold an interest from January 1, 1997, through to the present.

18. All documents and/or records relating to any trips by you outside of the United States during the period from January 1, 1995, through to the present.

19. All documents and/or records reflecting account numbers, telephone numbers, and telephone companies used by you and your immediate family during the period from January 1, 1995, to the present.

ACCEPTED FOR VALUE AND RETURNED FOR CLOSURE AND DISCHARGE WITHOUT DISHONOR AND WITHOUT RECOURSE FOR ME. I HAVE NOT AND DO NOT WISH TO CONTRACT WITH YOU FOR YOU HAVE FAILED TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED FOR ME. I DEMAND THAT YOU PRODUCE THE BOND UNDERWRITING THE ACTION CLAIMED. I, ME, MYSELF AM WITHOUT THE UNITED STATES AND A CLAIM AGAINST ME CAN ONLY BE MADE BY ANOTHER SOVEREIGN. ME

BY ____________

Date ____________

GOVERNMENT EXHIBIT 6

ATTACHMENT TO GRAND JURY SUBPOENA
RONALD CRUICKSHANK
(Grand Jury Session - Raleigh, NC - March 2-3, 2005

Introduction

For purposes of this subpoena duces tecum, the term "Relevant Parties" refers to any and all of the following:

1. Aladdin Finance Institute;
2. Richard Allen;
3. America Media Trust;
4. America Legal Research Institute;
5. Brayom E. Anderson;
6. Brayom Anderson III;
7. Fannie ("Frannie") Anderson;
8. Martin Anderson;
9. Nancy Anderson;
10. Arrowhead Enterprise;
11. Claude V. Barbee;
12. Joseph Baxter;
13. John Billingsley;
14. Samuel Brown;
15. Scott Alan Brown;
16. John Briggs;
17. Burlington Holdings International;
18. Canterbury Holdings;
19. Centennial Financial Services;
20. Claims Financial Management Company;
21. Commonwealth Trust Company;
22. Davenport Foundation;
23. Sharon Anne Edwards;
24. Euro Equity Management Company;
25. Joy Evans;
26. Charles Filiatraut;
27. Financial Management Company;
28. Debra George;
29. Timothy George;
30. Green Hills Estate Trust;
31. Leo Guiliano;
32. Hatteras Consultants;
33. Louis Headley:
34. Laszlo Horzath;
35. Innisfree Pub, LLC;
36. Kevin Logan;

ACCEPTED FOR VALUE AND RETURNED FOR CLOSURE AND DISCHARGE WITHOUT DISHONOR AND WITHOUT RECOURSE FOR ME. I HAVE NOT AND DO NOT WISH TO CONTRACT WITH YOU FOR YOU HAVE FAILED TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED FOR ME I DEMAND THAT YOU PRODUCE THE BOND UNDERWRITING THE ACTION CLAIMED. I, ME, MYSELF AM WITHOUT THE UNITED STATES AND A CLAIM AGAINST ME CAN ONLY BE MADE BY ANOTHER SOVEREIGN.
ME

BY

Date

37. Frank J. Martin;
38. Billy Lee Merrill;
39. Mid Atlantic Privatec;
40. Mid-Atlantic Properties;
41. Mihax Business Group, Inc.;
42. Mobile Automotive Services;
43. Network Management;
44. Brendon O'Neil;
45. Paxton Communications;
46. Kevin Pelletier, a/k/a Kevin Logan;
47. Peggy Pelletier, a/k/a Peggy Logan;
48. D. Phillips;
49. Privatec;
50. H. Wallace Reid;
51. Salt Spring Management;
52. Seaborne International Finance Corporation;
53. T&S Management;
54. Tie Breakers;
55. The Summit Group;
56. Townsend Investment Corporation;
57. USA Remail;
58. USA Trust Co.;
59. Joseph Worsham;
60. Monica Worsham;
61. General Foundation Fund;
62. The Optimax Group;
63. Nexis Fiduciary Foundation;
64. Nexis Foundation;
65. Commonwealth Trust Company;
66. John Michael Crim;
67. Victor Perry
68. Victor Peery;
69. Regent Trust Company;
70. Donald Bailey;
71. Robert Pelletier;
72. Richard Hawley;
73. Rosalie Wilkins;
74. J. J. Barajas; and
75. American Legal Research Institute.

ACCEPTED FOR VALUE AND RETURNED FOR CLOSURE AND DISCHARGE WITHOUT DISHONOR AND WITHOUT RECOURSE FOR ME. I HAVE NOT AND DO NOT WISH TO CONTRACT WITH YOU FOR YOU HAVE FAILED TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED FOR ME. I DEMAND THAT YOU PRODUCE THE BOND UNDERWRITING THE ACTION CLAIMED. I, ME, MYSELF AM WITHOUT THE UNITED STATES AND A CLAIM AGAINST ME CAN ONLY BE MADE BY ANOTHER SOVEREIGN.

ME

BY ____________
Date ____________

Unless otherwise specified, the time period in question is January 1, 1993, through to the present.

Records to be Furnished

ORIGINALS of the following documents (whether on paper, microfilm, computer, or other electronic medium) in your custody, or subject to your control:

1. All documents and/or records relating to any entity (including, without limitation, any pure trust organization and/or international business company) in which you hold (or have at any time held) a position, such as owner, director, or manager. Please include, without limitation, documents and/or records relating to the creation of such entity, liens filed in favor of such entity, liens filed against property owned by such entity, assets held by such entity, transfers of property received by you (or any member of your family) from such entity, bank accounts maintained by such entity, and any business engaged in by such entity.

2. All documents and/or records relating to any of the Relevant Parties.

3. All documents and/or records relating to any ownership interest by you in assets, including, without limitation, personal property, real property, and financial investments.

4. All documents and/or records relating to your transfer of any ownership interest in assets, including, without limitation, personal property, real property, and financial investments.

5. All documents and/or records relating to payments, advances of funds, loans, donations, gifts, transfers of real or personal property, and/or any other type of remuneration made, either directly or indirectly, **by you** (or an entity in which you have an ownership interest) to any of the Relevant Parties.

6. All documents and/or records relating to payments, advances of funds, loans, donations, gifts, transfers of real or personal property, and/or any other type of remuneration made, either directly or indirectly, **to you** (or an entity in which you have an ownership interest) from any of the Relevant Parties.

7. All documents and/or records relating to any events attended in the company of or during which you encountered any of the Relevant Parties or a representative of a Relevant Party.

8. Photographs, videotapes, and/or tape-recordings of any of the any of the Relevant Parties or a representative of a Relevant Party.

9. All documents and/or records relating to any business ventures and/or

ACCEPTED FOR VALUE AND RETURNED FOR CLOSURE AND DISCHARGE WITHOUT DISHONOR AND WITHOUT RECOURSE FOR ME. I HAVE NOT AND DO NOT WISH TO CONTRACT WITH YOU FOR YOU HAVE FAILED TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED FOR ME. I DEMAND THAT YOU PRODUCE THE BOND UNDERWRITING THE ACTION CLAIMED. I, ME, MYSELF AM WITHOUT THE UNITED STATES AND A CLAIM AGAINST ME CAN ONLY BE MADE BY ANOTHER SOVEREIGN ME

BY

Date

investments between you and any of the any of the Relevant Parties or a representative of a Relevant Party.

10. All documents and/or records relating to credit/financial aid applications made by you and/or any member of your immediate family.

11. All documents and/or records relating to any judgments or other financial claims made against you.

12. All documents and/or records relating to any personal or business credit cards maintained and/or used by you (either directly or indirectly).

13. All documents and/or records relating to any insurance policies (including, without limitation, car, home, or life insurance) on which you are/were either a beneficiary or the person covered by such policy.

14. All documents and/or records relating to any personal or business bank accounts maintained and loans obtained by you and your immediate family (either directly or indirectly) during the period in question, including, without limitation, the type of account or loan, the balance due of such loan, and the monthly statements for such accounts.

15. All documents and/or records relating to any outstanding indebtedness in your name at any time.

ACCEPTED FOR VALUE AND RETURNED FOR CLOSURE AND DISCHARGE WITHOUT DISHONOR AND WITHOUT RECOURSE FOR ME. I HAVE NOT AND DO NOT WISH TO CONTRACT WITH YOU FOR YOU HAVE FAILED TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED FOR ME. I DEMAND THAT YOU PRODUCE THE BOND UNDERWRITING THE ACTION CLAIMED. I, ME, MYSELF AM WITHOUT THE UNITED STATES AND A CLAIM AGAINST ME CAN ONLY BE MADE BY ANOTHER SOVEREIGN.

BY ____________

Date ____________

16. All documents and/or records relating to income tax returns filed by you and/or any entity in which you hold an interest.

17. All documents and/or records relating to e-mail accounts maintained by you and/or any entity in which you hold an interest from January 1, 1997, through to the present.

18. All documents and/or records relating to any trips by you outside of the United States during the period from January 1, 1995, through to the present.

19. All documents and/or records reflecting account numbers, telephone numbers, and telephone companies used by you and your immediate family during the period from January 1, 1995, to the present.