Attached please find an order entered by Chief Judge Louise Flanagan (EDNC) staying the minute order entered in your court on 8/6/2007 by USMJ Patricia Trumbull - This order stays the release of the defendant pending review of the detention issue - The government has filed a Motion for Review and Revocation of Release Order in our court this afternoon - Please call me if you have any questions.



Thanks!

Lisa W. Lee
Case Manager for Chief Judge Flanagan
413 Middle Street
New Bern, NC 28560

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-CR-177-1FL

UNITED STATES OF AMERICA )
                          )
            v.            )    **ORDER**
                          )
RONALD CRUICKSHANK        )

This matter is before the Court on the Government's motion to stay the execution of a minute order issued by Northern District of California United States Magistrate Judge Patricia V. Trumbull releasing the defendant from custody, pending trial, upon the satisfaction of certain conditions. Pursuant to Magistrate Judge Trumbull's minute order, the defendant will be released from custody if he is able to post a $100,000 unsecured bond and a bond secured by property to be posted by James and Rosalyn Huffman, which is estimated to be valued at $30,000 to $45,000. The Government seeks to stay execution of the order to allow the Court time to consider the Government's Motion for Review and Revocation. Pursuant to 18 U.S.C. § 3145, this court, which has original jurisdiction over the charged conduct, has the authority to review and, if warranted, revoke the order releasing the defendant on conditions. United States v. Evans, 62 F.3d 1233, 1236-37 (9th Cir. 1995); see also United States v. Gebro, 948 F.2d 1118, 1120 (9th Cir. 1991).

For good cause shown, it is hereby ORDERED that the minute order releasing the defendant pending trial upon the satisfaction

of certain conditions is hereby STAYED to allow the Court time to resolves the United States' motion for review and revocation of such minute order.

So ORDERED, this 10th day of August, 2007.

_____
LOUISE W. FLANAGAN
Chief United States District Judge

2