**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

FILED
2007 SEP -6  P 4: 03

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

August 14, 2007

**Clerk of Court**
**U.S. District Court-Eastern District of North Carolina**
**PO Box 25670**
**Raleigh, NC 27611-5670**

Case Name:     **US-v-Ronald Cruickshank**
Case Number:   **5-07-70449-RS   (Your Case# 5:07-CR-177-IFL)**
Charges:       **18:2 and 26:7201**

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd. The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
    original Rule 5 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*
    Certified docket sheets

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita F. Escolano*
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

5:07-CR-177-1FL

Date: 8/31/2007

DENNIS P. IAVARONE, CLERK
CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk