**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking **FILED**
Clerk

2007 SEP 19 P 4: 33

RICHARD W. WIEKING
CLERK

Clerk of Court-Eastern District of North Carolina
PO Box 25670
Raleigh, NC 27611-5670

General Court Number
408.535.5363



August 27, 2007

Case Name: **US-v-Ronald Cruickshank**
Case Number: **5-07-70449-RS (Your Case# 5:07-CR-177-IFL)**
Charges: 18:2, and 26:7201

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Richard Seeborg. The following action has been taken:

(X)  The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )  The defendant has a court appearance in your court on:

Enclosed are the following documents:
paper filed documents, and exhibits

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Cita Escolano
Case Systems Administrator

Enclosures
cc: Financial Office

-------

Receipt of the above-described documents is acknowledged herewith and assigned case number:

5:07-CR-177-IFL

Date: 8/31/07

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk